IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JEREMIAH ROBINSON**                                           **PLAINTIFF**

V.                                    CIVIL ACTION NO. 3:18-CV-00755-HTW-LRA

**ROCO MANAGEMENT, LLC;**
**ROCO OF JACKSON, LLC; and**
**KIARA BROWN**                                           **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the joint motion of Plaintiff and Defendants to fully and finally dismiss this action and all defendants with prejudice. This Court, having considered the motion and the agreement of the parties, finds that the motion is well taken and is hereby granted, and all claims against all defendants shall be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this civil action and all of the claims of Plaintiff Jeremiah Robinson are fully and finally dismissed with prejudice, with each party to bear its own costs and attorney fees.

SO ORDERED, this 5th day of March, 2019.

_Henry T. Wingate_
DISTRICT COURT JUDGE

AGREED AND APPROVED:

_____
Tiffany Horton-Williams (MSB #105269)
Horton-Williams Law Firm
P. O. Box 59594
Jackson, MS 39284
Telephone: (769) 251-5785
Facsimile: (769) 251-5152
attyhortonwilliams@gmail.com

*Counsel for Plaintiff Jeremiah Robinson*


_____
Corey D. Hinshaw (MSB #101520)
TreMarcus D. Rosemon (MSB #105724)
WATKINS & EAGER PLLC
400 E. Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 965-1900
Facsimile: (601) 965-1901
chinshaw@watkinseager.com
trosemon@watkinseager.com

*Counsel for Defendants*